PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket Number (Tran. Court) | 0868 1:05CR00100 |
| Docket Number (Rec. Court) | 20-cr-0133-RM |

| Name and Address of Probation/Supervised Releasee: | District: North Dakota | Division: |
|---|---|---|
| Londell Edwin White | Sentencing Judge: | The Honorable Daniel L. Hovland |
| | Supervision Dates: | From: 5/24/2017 — To: 5/23/2022 |

| Offense: | Conspiracy to possess with intent to distribute and controlled substance 21 U.S.C. § 841(a)(1), 846<br>Felon in possession of a firearm 18 U.S.C. § 922(g)(1), 924(a)(2) & 924(e)(1) |
|---|---|

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the **District of Colorado** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-10-19
Date

*[signature]*
The Honorable Daniel L. Hovland
United States District Court Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 18, 2019
*Effective Date*

*[signature]*
*United States District Court Judge*