# UNITED STATES DISTRICT COURT

HEADQUARTERS
220 EAST ROSSER - ROOM 476
POST OFFICE BOX 1193
BISMARCK, ND 58502

TELEPHONE: (701) 530-2300
FACSIMILE: (701) 530-2312

### DISTRICT OF NORTH DAKOTA

### ROBERT ANSLEY
CLERK

DIVISIONAL OFFICE
655 1ST AVENUE NORTH
SUITE 130
FARGO, ND 58102

TELEPHONE: (701) 297-7000
FACSIMILE: (701) 297-7005

Clerk, U.S. District Court
Alfred A. Arraj
  United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

**Re:**

Londell Edwin White

Our File No. 1:05-CR-100
Your File No. 1:20-CR-133-RM

Dear Clerk,

The above referenced defendant's supervision has been ordered transferred to your district.  Enclosed please find a copy of the docket sheet, charging document, plea agreement (if applicable), judgment, and the Probation Form 22.

If you need additional documents, you may access electronically filed documents in this case via CM/ECF. If you need paper copies of any documents that are not available electronically, please contact the office listed below:

☑ Office of the Clerk
220 East Rosser Ave.
Suite 476
Bismarck, ND 58501
701-530-2300

☐ Office of the Clerk
655 1st Ave. North
Suite 130
Fargo, ND 58102
701-297-7000

Sincerely,

Robert Ansley, Clerk

By:

*/s/ Carla Schultz, Deputy Clerk*

Enclosure

CLOSED,JOHNSON V. US,M2255

# U.S. District Court
## District of North Dakota (Western)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00100-DLH-CSM-1
## Internal Use Only

Case title: USA v. White                          Date Filed: 12/08/2005
Related  Case: 1:16-cv-00134-DLH                   Date Terminated: 04/17/2007
Magistrate judge case number: 1:05-mj-00067-CSM

Assigned to: Judge Daniel L. Hovland
Referred to: Magistrate Judge Charles
S. Miller, Jr

**Defendant (1)**

**Londell Edwin White**            represented by   **Neil K. Fulton**
*TERMINATED: 04/17/2007*                            Federal Public Defender Office
                                                    101 S. Pierre St., 3rd Fl
                                                    PO Box 1258
                                                    Pierre, SD 57501
                                                    605-224-0009
                                                    Fax: 605-224-0010
                                                    Email: callan_shaw@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Public Defender

                                                    **Rachael Ann Steenholdt**
                                                    FEDERAL PUBLIC DEFENDER
                                                    OFFICE
                                                    FEDERAL SQUARE
                                                    112 ROBERTS ST N STE 202
                                                    FARGO, ND 58102
                                                    701-239-5111
                                                    Email: beth_schwartz@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Public Defender

                                                    **William Delaney Schmidt**
                                                    FEDERAL PUBLIC DEFENDER
                                                    OFFICE
                                                    FEDERAL PLAZA
                                                    324 N 3 ST STE 1

BISMARCK, ND 58501
701-250-4500
Fax: 701-250-4498
Email: teri_ell@fd.org
*TERMINATED: 04/17/2007*
*Designation: Public Defender*

**Pending Counts**                                   **Disposition**

CONSPIRACY TO POSSESS                                180 Months imprisonment, concurrent
w/INTENT TO DISTRIBUTE and                           with count 5; 60 Months supervised
DISTRIBUTE A CONTROLLED                              release, concurrent with count 5; $100
SUBSTANCE                                            special assessment
(1)

18:922(g)(1), 924(a)(2), and 924(e)(1)              180 Months imprisonment, concurrent
FELON IN POSSESSION OF                               with count 5; 60 Months supervised
FIREARM                                              release, concurrent with count 5; $100
(5)                                                  special assessment. 5/22/2017 Johnson
                                                     v. United States sentence reduction: 120
                                                     month imprisonment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

CRIMINAL FORFEITURES

POSSESSION w/INTENT TO
DISTRIBUTE                                           Dismissed on Govt Motion
(2-4)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                       **Disposition**

21:841A=CD.F

---

**Plaintiff**

**USA**                          represented by   **Megan A. Healy**
                                                  U.S. ATTORNEY'S OFFICE
                                                  655 1 AVE N STE 250
                                                  FARGO, ND 58102
                                                  701-297-7400
                                                  Email: Megan.Healy@usdoj.gov
                                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: USA*

**Paul R. Emerson**
U.S. ATTORNEY'S OFFICE
PO BOX 699
BISMARCK, ND 58502
701-530-2420
Email: pemerson@nd.gov
*TERMINATED: 04/17/2007*
*Designation: USA*

**Scott J. Schneider**
U.S. Attorney's Office
655 1 Ave N Ste 250
Fargo, ND 58102
701-297-7400
Email: usand.ECFCriminal@usdoj.gov
*TERMINATED: 12/28/2016*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2005 | 1 | COMPLAINT as to Londell Edwin White (1) with Affidavit of Daniel C. Ortega attached. (lcar, ) [1:05-mj-00067-CSM] (Entered: 11/30/2005) |
| 11/30/2005 | 2 | Arrest Warrant Issued in case as to Londell Edwin White. (lcar, ) [1:05-mj-00067-CSM] (Entered: 11/30/2005) |
| 11/30/2005 | | Case sealed as to Londell Edwin White (lcar, ) [1:05-mj-00067-CSM] (Entered: 11/30/2005) |
| 12/07/2005 | | Set Hearings as to Londell Edwin White: Arraignment set for 12/8/2005 09:00 AM in Courtroom 2 before Magistrate Judge Charles S. Miller Jr.. Initial Appearance set for 12/8/2005 09:00 AM in Courtroom 2 before Magistrate Judge Charles S. Miller Jr.. (cs, ) [1:05-mj-00067-CSM] (Entered: 12/07/2005) |
| 12/07/2005 | 3 | MOTION for Detention by USA as to Londell Edwin White with proposed order. (ra) [1:05-mj-00067-CSM] (Entered: 12/07/2005) |
| 12/08/2005 | 4 | REDACTED INDICTMENT as to Londell Edwin White (1) count(s) 1, 2-4, 5. (lcar, ) Modified on 1/5/2006 (lcar, ) (Entered: 12/12/2005) |
| 12/08/2005 | 5 | REQUEST FOR WARRANT upon filing of indictment as to Londell Edwin White (lcar, ) Modified on 1/5/2006 (lcar, ). (Entered: 12/12/2005) |
| 12/08/2005 | 6 | Minute Entry for proceedings held before Judge Charles S. Miller Jr.:Initial Appearance as to Londell Edwin White held on 12/8/2005 (Tape #74 track 5.) (cs, )[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/08/2005) |

| 12/08/2005 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Londell Edwin White. Signed by Judge Charles S. Miller Jr. on 12/08/05. (BG, ) [1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/08/2005) |
|---|---|---|
| 12/08/2005 | 8 | ORDER granting 3 Motion for Detention pending detention and preliminary hearings as to Londell Edwin White. Signed by Judge Charles S. Miller Jr. on 12/08/05. (BG, )[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/08/2005) |
| 12/08/2005 | | Set Hearings as to Londell Edwin White: Detention Hearing set for 12/13/2005 12:30 PM before Magistrate Judge Charles S. Miller Jr. Preliminary Examination set for 12/13/2005 12:30 PM before Magistrate Judge Charles S. Miller Jr. (BG, ) [1:05-mj-00067-CSM] (Entered: 12/08/2005) |
| 12/08/2005 | | Case unsealed as to Londell Edwin White (cs, ) [1:05-mj-00067-CSM] (Entered: 12/08/2005) |
| 12/08/2005 | 9 | *SEALED* CJA 23 Financial Affidavit by Londell Edwin White (cs, ) Modified on 12/8/2005 (cs, ).[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/08/2005) |
| 12/09/2005 | 10 | ARREST Warrant Returned Executed on 12/8/05 in case as to Londell Edwin White. (ks, )[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/10/2005) |
| 12/12/2005 | 11 | Arrest Warrant Issued in case as to Londell Edwin White. (lcar, ) Modified on 1/5/2006 (lcar, ). (Entered: 12/12/2005) |
| 12/12/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: William Delaney Schmidt appearing for Londell Edwin White (ra)[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/12/2005) |
| 12/12/2005 | 13 | WAIVER of Preliminary Hearing and Detention by Londell Edwin White (lcar, )[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/13/2005) |
| 12/13/2005 | 14 | Arrest Warrant Returned Executed on 12/13/2005, in case as to Londell Edwin White. (lcar, ) Modified on 1/5/2006 (lcar, ). (Entered: 12/13/2005) |
| 12/13/2005 | | Case unsealed as to Londell Edwin White (lcar, ) (Entered: 12/13/2005) |
| 12/13/2005 | 15 | ORDER as to Londell Edwin White re 13 Waiver of Preliminary Examination or Hearing filed by Londell Edwin White. Court accepts defendant's waiver and orders that the defendant be detained pending final disposition of this matter. Signed by Judge Charles S. Miller Jr. on 12/13/05.(bg)[1:05-mj-00067-CSM] Modified on 1/5/2006 (lcar, ). (Entered: 12/13/2005) |
| 12/14/2005 | 16 | NOTICE OF HEARING as to Londell Edwin White Arraignment set for 12/16/2005 11:00 AM in Courtroom 2 before Magistrate Judge Charles S. Miller Jr.. Initial Appearance set for 12/16/2005 11:00 AM in Courtroom |

| | | |
|---|---|---|
| | | 2 before Magistrate Judge Charles S. Miller Jr.. (de, ) Modified on 1/5/2006 (lcar, ). (Entered: 12/14/2005) |
| 12/16/2005 | 17 | ORDER. Londell Edwin White's detention is continued pending trial. Signed by Judge Charles S. Miller Jr. on 12/16/05. (bg) Modified on 1/5/2006 (lcar, ). (Entered: 12/16/2005) |
| 12/16/2005 | 18 | Minute Entry for proceedings held before Judge Charles S. Miller Jr.:Arraignment as to Londell Edwin White (1) Count 1,2-4,5 held on 12/16/2005, Initial Appearance as to Londell Edwin White held on 12/16/2005 (Tape #2005-77 track 3.) (cs, ) Modified on 1/5/2006 (lcar, ). (Entered: 12/16/2005) |
| 12/16/2005 | 19 | PRETRIAL ORDER as to Londell Edwin White. All motions, except motions for continuance and motions in limine, shall be filed by January 20, 2006. Motions in limine and proposed jury instructions shall be filed at least five (5) court days before trial. Signed by Judge Charles S. Miller Jr. on 12/16/05. (BG) Modified on 12/19/2005 (LR). Modified on 1/5/2006 (lcar, ). (Entered: 12/16/2005) |
| 01/03/2006 | 20 | NOTICE OF HEARING as to Londell Edwin White Jury Trial set for 2/14/2006 09:30 AM in Courtroom 1 before Chief Judge Daniel L. Hovland. (4 Days) (Chambers Conf: 9:00 AM) (de, ) Modified on 1/5/2006 (lcar, ). (Entered: 01/03/2006) |
| 01/27/2006 | 21 | **SEALED** PLEA AGREEMENT as to Londell Edwin White (lcar, ) Modified on 1/31/2006 (cs (Entered: 01/27/2006) |
| 01/27/2006 | 22 | **SEALED** MOTION to Seal Document by USA as to Londell Edwin White. (ks, ) Modified on 1/31/2006 (cs, ). (Entered: 01/27/2006) |
| 01/27/2006 | 23 | **SEALED** ORDER by Judge Daniel L. Hovland granting 22 Motion to Seal Document as to Londell Edwin White (1) (ks, ) Modified on 1/31/2006 (cs, ). (Entered: 01/27/2006) |
| 01/30/2006 | 24 | NOTICE OF HEARING as to Londell Edwin White Change of Plea Hearing set for 1/31/2006 01:30 PM in Courtroom 1 before Chief Judge Daniel L. Hovland. (Jury Trial sched'd for 2/14/06 cancelled) (distribution)(de) (Entered: 01/30/2006) |
| 01/30/2006 | 25 | NOTICE OF HEARING as to Londell Edwin White Sentencing set for 4/24/2006 10:00 AM in Courtroom 1 before Chief Judge Daniel L. Hovland. (distribution)(de) (Entered: 01/30/2006) |
| 01/31/2006 | | Minute Entry for proceedings held before Judge Daniel L. Hovland :Change of Plea Hearing as to Londell Edwin White held on 1/31/2006 (ss, ) (Entered: 02/07/2006) |
| 03/30/2006 | 26 | NOTICE OF HEARING Sentencing reset for 9/11/2006 11:30 AM in Courtroom 1 before Chief Judge Daniel L. Hovland. (de) (Distributed) (Entered: 03/30/2006) |
| 08/31/2006 | 27 | MOTION to Continue *Sentencing* by Londell Edwin White. (Schmidt, William) (Entered: 08/31/2006) |

| 08/31/2006 | | 28 | Stipulation by Londell Edwin White (Schmidt, William) (Entered: 08/31/2006) |
| 09/01/2006 | | 29 | ORDER by Judge Daniel L. Hovland granting 27 Motion to Continue Sentencing as to Londell Edwin White (1). Sentencing Hearing previously set for 9/11/2006, reset for 11/22/2006 at 9:30 a.m. in Courtroom 1 in Bismarck before Judge Daniel L. Hovland. (KK) Distributed on 9/1/2006 (de, ). (Entered: 09/01/2006) |
| 09/01/2006 | | | Reset Hearings : Sentencing previously set for 9/11/2006 reset for 11/22/2006 09:30 AM in Courtroom 1 in Bismarck before Chief Judge Daniel L. Hovland. (KK) (Entered: 09/01/2006) |
| 11/09/2006 | 🔒 | 30 | SEALED MOTION *Motion to Continue Sentencing* by Londell Edwin White. (Schmidt, William) (Entered: 11/09/2006) |
| 11/15/2006 | 🔒 | 31 | *SEALED* ORDER by Judge Daniel L. Hovland granting 30 Sealed Motion as to Londell Edwin White (1). Sentencing previously set for 11/22/06 re-scheduled to 2/12/07. (KK) (Entered: 11/15/2006) |
| 11/15/2006 | | | Reset Hearings: Sentencing reset for 2/12/2007 09:00 AM in Bismarck Courtroom 1 before Chief Judge Daniel L. Hovland. (KK) (Entered: 11/15/2006) |
| 11/16/2006 | | 32 | ORDER by Judge Daniel L. Hovland DIRECTING FORFEITURE OF PROPERTY as to Londell Edwin White. (LR) Distributed 2 certified copies to USM and finance on 11/17/2006 (ks). (Entered: 11/16/2006) |
| 11/20/2006 | | 33 | NOTICE OF HEARING Sentencing reset for 2/12/2007 09:00 AM in Courtroom 1, Bismarck before Chief Judge Daniel L. Hovland. (Previously scheduled for 11/22/06 at 9:30 AM)(de, ) (Entered: 11/20/2006) |
| 01/12/2007 | | 34 | Service by Publication re 32 Order for Forfeiture of Property published in the Bismarck Tribune on the following dates: 12/6/2007, 12/13/2006, and 12/20/2006. (Attachments: # 1 Affidavit of Publication)(lf) (Entered: 01/16/2007) |
| 01/17/2007 | | 35 | AFFIDAVIT of Publication & USM Process Receipt and Return (rm) (Entered: 01/17/2007) |
| 02/05/2007 | 🔒 | 36 | *SEALED* MOTION to Continue *Sentencing* by Londell Edwin White. (Schmidt, William) Modified to seal on 2/7/2007 per Defts. attorney (lcar). (Entered: 02/05/2007) |
| 02/06/2007 | | 37 | ORDER by Judge Daniel L. Hovland granting 36 Motion to Continue Sentencing as to Londell Edwin White. Sentencing rescheduled to 4/16/07 at 10:00 a.m. (LR) (Entered: 02/06/2007) |
| 02/06/2007 | | | RESET Hearing as to Londell White. Sentencing reset for 4/16/2007 (previously scheduled for 2/12/2007) at 10:00 AM in Courtroom 1 before Chief Judge Daniel L. Hovland. (LR) (Entered: 02/06/2007) |
| 02/07/2007 | | | DOCKET ANNOTATION - Clerk's office sealed document 36 per request of attorney for Londell Edwin White (lcar) (Entered: 02/07/2007) |

| 03/05/2007 | 🔒 38 | SEALED MOTION by USA as to Londell Edwin White. (Emerson, Paul) (Entered: 03/05/2007) |
| 04/11/2007 | 🔒 39 | SEALED DOCUMENT (Attachments: # 1 Family Support Letter) (Schmidt, William) (Entered: 04/11/2007) |
| 04/16/2007 | 40 | MOTION to Dismiss *Counts Two, Three and Four of Indictment* by USA as to Londell Edwin White. (Emerson, Paul) (Entered: 04/16/2007) |
| 04/16/2007 | 🔒 41 | *SEALED* Minute Entry for proceedings held before Judge Daniel L. Hovland :Sentencing held on 4/16/2007 (Court Reporter SE) (de) (Entered: 04/17/2007) |
| 04/17/2007 | 42 | JUDGMENT as to Londell Edwin White (1), Count(s) 1, 5, 180 Months imprisonment, 60 Months supervised release, concurrent; $200 special assessment; Count(s) 2-4, Dismissed on Govt Motion by Judge Daniel L. Hovland (de) (Entered: 04/17/2007) |
| 04/17/2007 | 43 | FINAL ORDER ON FORFEITURE (Deft to forfeit the sum of $10,000.00 to the United States) (Certified copy to counsel & U.S. Marshal) by Judge Daniel L. Hovland (de) (Entered: 04/17/2007) |
| 05/25/2007 | 44 | Judgment Returned Executed as to Londell Edwin White to FCI Florence, CO on 5/18/2007. (lcar) (Entered: 05/25/2007) |
| 06/01/2016 | 45 | MOTION to Vacate under 28 U.S.C. 2255 (Johnson vs. US) (Expedited Action Requested) by Londell Edwin White. (Attachments: # 1 Memorandum in Support)(as) Civil case 1:16-cv-00134-DLH opened. (Entered: 06/01/2016) |
| 06/02/2016 | 46 | ORDER FOR RESPONSE as to Londell Edwin White re 45 MOTION to Vacate under 28 U.S.C. 2255 filed by Londell Edwin White by Judge Daniel L. Hovland. (MM) (Entered: 06/02/2016) |
| 06/14/2016 | 47 | MOTION for Extension of Time to File Document by USA as to Londell Edwin White. (Schneider, Scott) (Entered: 06/14/2016) |
| 06/15/2016 | 48 | (Text Only) ORDER by Judge Daniel L. Hovland granting 47 Motion for Extension of Time to File as to Londell Edwin White. The United States' response will be due on or before June 27, 2016. (MM) (Entered: 06/15/2016) |
| 06/15/2016 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Londell Edwin White 45 MOTION to Vacate under 28 U.S.C. 2255. Responses due by 6/27/2016 (rh) (Entered: 06/15/2016) |
| 06/27/2016 | 49 | RESPONSE to Motion by USA as to Londell Edwin White re 45 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Burglary Judgment, # 2 Attempted Second Degree Murder Judgment)(Schneider, Scott) (Entered: 06/27/2016) |
| 07/01/2016 | 50 | MOTION to Continue *Deadline for Filing Reply to Government's Response to Motion to Correct Sentence Pursuant to 28 U.S.C. 2255 (Johnson Claim)* by Londell Edwin White. (Fulton, Neil) (Main |

| | | |
|---|---|---|
| | | Document 50 replaced on 7/1/2016. Wrong document originally attached. Regenerated NEF) (kmk). (Entered: 07/01/2016) |
| 07/06/2016 | 51 | (Text Only) ORDER by Judge Daniel L. Hovland granting 50 Motion to Continue as to Londell Edwin White (1). Reply is due 7/12/2016. (BS) (Entered: 07/06/2016) |
| 07/06/2016 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Londell Edwin White 45 MOTION to Vacate under 28 U.S.C. 2255. Replies due by 7/12/2016. (rh) (Entered: 07/06/2016) |
| 07/12/2016 | 52 | MOTION for Extension of Time to File Response/Reply as to 45 Motion to Vacate (2255) by Londell Edwin White. (Fulton, Neil) Modified on 7/12/2016 to correct link. (rm) (Entered: 07/12/2016) |
| 07/12/2016 | 53 | (Text Only) ORDER by Judge Daniel L. Hovland granting 52 Motion for Extension of Time to File Response/Reply as to Londell Edwin White (1). The Defendant's reply will be due by 7/15/2016. (MM) (Entered: 07/12/2016) |
| 07/12/2016 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Londell Edwin White 45 MOTION to Vacate under 28 U.S.C. 2255. Replies due by 7/15/2016. (rh) (Entered: 07/12/2016) |
| 07/15/2016 | 54 | REPLY TO RESPONSE to Motion by Londell Edwin White re 45 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit A - Colorado conviction, # 2 Exhibit B - Response to 2255 Motion, # 3 Exhibit C - Remainder of Colorado conviction)(Fulton, Neil) Modified on 7/18/2016 to add descriptions to attachments. (rm) (Entered: 07/15/2016) |
| 07/18/2016 | | DOCKET CORRECTION re: 54 Reply to Response to Motion. Clerk's office added descriptions to attachments. (rm) (Entered: 07/18/2016) |
| 12/28/2016 | 55 | NOTICE OF ATTORNEY SUBSTITUTION Megan A. Healy appearing for USA. (Healy, Megan) (Entered: 12/28/2016) |
| 01/30/2017 | 56 | MOTION to Expedite *Decision Pursuant to 28 U.S.C. 2255 (Johnson Claim)* by Londell Edwin White. (Fulton, Neil) (Entered: 01/30/2017) |
| 02/01/2017 | 57 | RESPONSE to Motion by USA as to Londell Edwin White re 56 MOTION to Expedite *Decision Pursuant to 28 U.S.C. 2255 (Johnson Claim)* (Healy, Megan) (Entered: 02/01/2017) |
| 05/18/2017 | 58 | ORDER by Chief Judge Daniel L. Hovland granting 45 Motion to Vacate (2255) as to Londell Edwin White (1); finding as moot 56 Motion to Expedite as to Londell Edwin White (1). (JM) Civil Case 1:16-cv-00134-DLH closed. (Entered: 05/18/2017) |
| 05/22/2017 | 59 | AMENDED JUDGMENT by Chief Judge Daniel L. Hovland as to Londell Edwin White. Count Five: Johnson v. United States sentence reduction: 120 month imprisonment. (JM) (Entered: 05/22/2017) |
| 05/22/2017 | 60 | |

CM/ECF - ndd

Page 9 of 9

| | | |
|---|---|---|
| | | JUDGMENT on 2255 Motion as to Londell Edwin White re <u>58</u> Order on Motion to Vacate (2255), Order on Motion to Expedite by Chief Judge Daniel L. Hovland. (cjs) (Entered: 05/22/2017) |
| 05/13/2020 | <u>61</u> | Supervised Release Jurisdiction Transferred to Colorado as to Londell Edwin White Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, amended judgment and docket sheet. (cjs) (Entered: 05/13/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| -vs- | ) | |
| | ) | Violation:   21 U.S.C. §§ 841(a)(1), 846, |
| | ) | and 853; 18 U.S.C. §§ 922(g)(1), 924(a)(2), |
| LONDELL EDWIN WHITE | ) | 924(e)(1), and 2 |

## COUNT ONE

**Conspiracy to Possess With Intent to Distribute and
Distribute a Controlled Substance**

The Grand Jury Charges:

From on or about April 2004 and continuing until on or about the date of this

Indictment, in the District of North Dakota, and elsewhere,

LONDELL EDWIN WHITE

did knowingly and intentionally combine, conspire, confederate, and agree together with

others, both known and unknown to the grand jury, to possess with intent to distribute

500 grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance; marijuana, a Schedule I controlled

substance; a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance; and mushrooms containing psilocybin and psilocyn,

Schedule I controlled substances; in violation of Title 21, United States Code, Section

841(a)(1), and Title 18, United States Code, Section 2.

*CERTIFIED COPY*
I hereby certify that this instrument is a true and
correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota

By_____
Deputy Clerk

## MANNER AND MEANS

1.  It was a part of the conspiracy that the defendant and other conspirators would and did:  (a) travel between Colorado, Wyoming, South Dakota, and North Dakota; (b) purchase and obtain methamphetamine, marijuana, and cocaine in Colorado, Wyoming, and South Dakota; and (c) transport the drugs back to North Dakota for distribution in North Dakota by the defendant and others.

2.  It was further a part of said conspiracy that the defendant and other conspirators would and did possess with intent to distribute and distribute methamphetamine, marijuana, cocaine, and psilocybin/psilocyn mushrooms within the State of North Dakota.

3.  It was further a part of said conspiracy that the defendant and other conspirators would and did use telecommunications facilities in furtherance of the conspiracy.

4.  It was further a part of said conspiracy that the defendant and other conspirators would and did attempt to conceal their activities.

5.  It was further a part of said conspiracy that the defendant and other conspirators would and did use United States currency in connection with the conspiracy.

## OVERT ACTS

In furtherance of this conspiracy, and to effect and accomplish the objects of it, the defendant and other conspirators committed the following overt acts:

1. In or between April 2004 and October 2005, defendant LONDELL EDWIN WHITE met with other conspirators in Colorado and other states, including Wyoming and South Dakota, for the purpose of distributing to the other conspirators illegal drugs, including the controlled substances methamphetamine, marijuana, and cocaine, which were to be transported by the other conspirators back to North Dakota for distribution to other persons.

2. In or between April 2004 and October 2005, defendant LONDELL EDWIN WHITE and other conspirators traveled on several occasions between Colorado, North Dakota, and other states, including Wyoming and South Dakota, for the purpose of possessing with intent to distribute illegal drugs, including the controlled substances methamphetamine, marijuana, and cocaine, and transporting and arranging to transport the illegal drugs back to North Dakota for distribution to other persons.

3. In or between October 2004 and October 2005, defendant LONDELL EDWIN WHITE met with other conspirators on several occasions in North Dakota for the purposes of possessing with intent to distribute and distributing illegal drugs, including the controlled substances methamphetamine, marijuana, cocaine, and psilocybin/psilocyn mushrooms, in North Dakota to other persons, and obtaining amounts of United States currency in payment for the drugs that were being distributed in North Dakota.

4. In or between April 2004 and December 2004, defendant LONDELL EDWIN WHITE met with Conspirator # 1 in the Denver, Colorado, area on several occasions and

3

distributed to Conspirator # 1 quantities of marijuana of between one-quarter of a pound and ten pounds for Conspirator # 1 to transport to the Bismarck, North Dakota, area for distribution to other persons.

5. In or between November 2004 and December 2004, defendant LONDELL EDWIN WHITE transported to the Bismarck, North Dakota, area on two separate occasions approximately ten pounds of marijuana, which he distributed to Conspirator # 1 for distribution to other persons.

6. In or about January 2005 defendant LONDELL EDWIN WHITE met with Conspirator # 1 in the Denver, Colorado, area and distributed to Conspirator # 1 approximately 10 pounds of marijuana and one ounce of methamphetamine for Conspirator # 1 to transport to the Bismarck, North Dakota, area for distribution to other persons.

7. In or about April 2005, defendant LONDELL EDWIN WHITE met with Conspirator # 1 in the Denver, Colorado, area and distributed to Conspirator # 1 approximately one-half pound of methamphetamine for Conspirator # 1 to transport to the Bismarck, North Dakota, area for distribution to other persons.

8. In or about June 2005, defendant LONDELL EDWIN WHITE met with Conspirators # 1 and #2 in South Dakota, and distributed to Conspirators # 1 and # 2 approximately one-half pound or more of methamphetamine to transport to the Bismarck, North Dakota, area for distribution to other persons.

9. On or between late June 2005 and early July 2005, defendant LONDELL EDWIN WHITE transported approximately one-half to one pound of methamphetamine to the Bismarck, North Dakota, area for distribution to other persons.

10. On or between July 11 through 17, 2005, defendant LONDELL EDWIN WHITE met and traveled with Conspirators # 1, # 3, and # 4 from the Bismarck, North Dakota, area to the Denver, Colorado, area, where defendant LONDELL EDWIN WHITE obtained approximately one pound of methamphetamine and one-quarter pound of cocaine; defendant LONDELL EDWIN WHITE and Conspirator # 1, individually, and by aiding and abetting, purchased from an automobile dealership in the Denver, Colorado, area a 2005 Mitsubishi Lancer Evolution 8 automobile and paid approximately $10,000 in drug proceeds from their illegal sales of controlled substances as a down payment on the automobile; defendant LONDELL EDWIN WHITE and Conspirator # 1 transported the methamphetamine and cocaine from the Denver, Colorado, area to the Bismarck, North Dakota, area in the above-described 2005 Mitsubishi automobile and another automobile for distribution to other persons.

11. In or about July 2005 defendant LONDELL EDWIN WHITE met with Conspirators # 1 and # 5 in South Dakota where he distributed to Conspirators # 1 and # 5 approximately three-quarters of a pound of cocaine and approximately two ounces of methamphetamine for Conspirators # 1 and # 5 to transport from South Dakota to the Bismarck, North Dakota, area for distribution to other persons.

12.  In or about early August 2005 defendant LONDELL EDWIN WHITE met with Conspirators # 1 and # 6 in Wyoming where he distributed to Conspirators # 1 and # 6 approximately one pound of methamphetamine for Conspirators # 1 and # 6 to transport from Wyoming to the Bismarck, North Dakota, area for distribution to other persons.

13.  On or about August 16, 2005, defendant LONDELL EDWIN WHITE paid approximately $28,385 in drug proceeds from the illegal sales of controlled substances by himself and other conspirators to an automobile dealership in the Denver, Colorado, area as partial payment for the 2005 Mitsubishi Lancer automobile described in overt act # 10.

14.  On or about August 24, 2005, defendant LONDELL EDWIN WHITE paid approximately $16,862 in drug proceeds from the illegal sales of controlled substances by himself and other conspirators to an automobile dealership in the Denver, Colorado, area as payment for a 2001 Mitsubishi Eclipse automobile.

15.  On or about September 5, 2005, defendant LONDELL EDWIN WHITE traveled and transported approximately one pound of methamphetamine to Bismarck, North Dakota, for distribution in the Bismarck, North Dakota, area to other persons.

16.  On or about October 12, 2005, defendant LONDELL EDWIN WHITE distributed approximately one pound of methamphetamine to Conspirator # 7 in the Bismarck, North Dakota, area for distribution to other persons.

17.  On or about October 12, 2005, defendant LONDELL EDWIN WHITE distributed approximately seven grams of methamphetamine to Conspirator # 8 in the Bismarck, North Dakota, area.

18.  On or about October 13, 2005, defendant LONDELL EDWIN WHITE possessed with intent to distribute approximately 720 grams (1 1/2 pounds) of methamphetamine, approximately 8,630 grams (19 pounds) of marijuana, and approximately 100 or more grams (3 1/2 ounces) of psilocybin/psilocyn mushrooms at a residence in Bismarck, North Dakota;

In violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>

**Possession With Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about October 13, 2005, in the District of North Dakota, and elsewhere,

LONDELL EDWIN WHITE,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute 500 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

<u>COUNT THREE</u>

**Possession With Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about October 13, 2005, in the District of North Dakota, and elsewhere,

LONDELL EDWIN WHITE,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 8,630 grams (19 pounds) of marijuana, a Schedule I

controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

## COUNT FOUR

**Possession With Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about October 13, 2005, in the District of North Dakota,

### LONDELL EDWIN WHITE

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 100 or more grams  (3 1/2 ounces) of mushrooms

containing psilocybin and psilocyn, Schedule I controlled substances;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

## COUNT FIVE

### Possession of a Firearm by a Convicted Felon

The Grand Jury Further Charges:

On or about October 13, 2005, in the District of North Dakota, and elsewhere,

### LONDELL EDWIN WHITE,

having been convicted of the following crimes, each punishable by imprisonment for a

term exceeding one year:  (1) Child Abuse, in District Court, County of Weld, State of

Colorado, Case No. 84-CR-844, on August 7, 1986; (2) Second Degree Burglary (two

counts) and Theft, in District Court, County of Weld, State of Colorado, Case No. 84-

CR-229, on August 7, 1986; and (3) Attempted Second Degree Murder, in District

Court, County of Weld, State of Colorado, Case No. 86-CR-120, on August 7, 1986, did

knowingly possess in and affecting commerce a firearm, that is, a Ruger, Model

Blackhawk, .357 caliber revolver, serial number 33-70380;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e)(1).

## FORFEITURE ALLEGATION

The Grand Jury Further Finds:

Upon conviction of the defendant, LONDELL EDWIN WHITE, of any one of the controlled substance offenses alleged in Counts One, Two, Three, and Four of the Indictment,

### LONDELL EDWIN WHITE

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violations, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts One, Two, Three, and Four of this Indictment, including, but not limited to, the following:

1.  One silver metallic 2005 Mitsubishi Lancer Evolution 8 automobile, VIN JA3AH86DX50038792;

2.  One white 2001 Mitsubishi Eclipse automobile, VIN 4A3AC84HX1E212058;

3.  One Ruger, Model Blackhawk, .357 caliber revolver, Serial No. 33-70380;

4.  $10,000 in United States currency provided by defendant LONDELL EDWIN WHITE and posted as bond on or about October 3, 2005, for

defendant J.G. in criminal case number 08-05-K-02042, South Central Judicial District, Burleigh County, State of North Dakota; and

5.     A sum of money equal to $425,000 in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of defendant LONDELL EDWIN

WHITE up to the value of the above-listed forfeitable property.

A TRUE BILL:


/s/ Grand Jury Foreperson
Foreperson



/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

SJS/PRE:jcv

14

AO 245B (Rev. 8/96)  Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LONDELL EDWIN WHITE** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   **1:05-CR-100**<br><br>USM Number:   09262-059<br><br>William D. Schmidt<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]    pleaded guilty to counts <u>1 & 5 of the Indictment</u> .
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense<br>Concluded | Count<br>Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to possess with intent to distribute<br>and distribute a controlled substance | December, 2005 | 1 |
| 18 U.S.C. §§ 922(g)(1), 924(a)(2) &<br>924(e)(1) | Felon in possession of a firearm | December, 2005 | 5 |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]    Counts <u>2, 3 & 4 of the Indictment</u> are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 16, 2007
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**DANIEL L. HOVLAND**, Chief U.S. District Judge
Name & Title of Judicial Officer

April 16, 2007
Date

*CERTIFIED COPY*
I hereby certify that this instrument is a true and
correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By _____ Deputy Clerk

AO 245B (Rev. 8/96)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05-CR-100 | Judgment - Page 2  of 6 |
| DEFENDANT: | LONDELL EDWIN WHITE | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **180 MONTHS on Count 1, and 180 MONTHS on Count 5, to run concurrent,  with credit for time served since his initial appearance on the federal charge (12-08-05).**

[✔]    The court makes the following recommendations to the Bureau of Prisons: **That the defendant be placed at a facility as close to Denver, Colorado as possible, and that he be afforded the opportunity to participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Treatment Program. (RDAP).   In addition, the Court recommends that the defendant not be placed in same facility as co-defendants Ron Blevins, Zachary Blotsky, Trevor Callahan, Lana Pederson, Lawrence Wallace, David Arnold, Anne Hummel or Buck Robideaux.**

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

_____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S.  Marshal

AO 245B (Rev. 8/96)  Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 1:05-CR-100 | Judgment - Page 3  of 6 |
| DEFENDANT: | LONDELL EDWIN WHITE | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **60 MONTHS on Count 1, and 60 MONTHS on Count 5, to run concurrent.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

[ ]　　The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)

The defendant has been convicted of an offense listed in the DNA Analysis Backlog Elimination Act of 2000 or the Justice for All Act of 2004.  These acts require the defendant to cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties page of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96)   Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 1:05-CR-100 | Judgment - Page 4  of 6 |
| DEFENDANT: | LONDELL EDWIN WHITE | |

# SPECIAL CONDITIONS OF SUPERVISION

1.   The Defendant shall participate in a program approved and arranged by the supervising probation officer for the treatment of substance abuse.

2.   The Defendant shall abstain from the use of alcohol and use of illegal drugs or the possession of a controlled substance as defined in Title 21 U.S.C. § 802.

3.   The Defendant will submit to random substance abuse testing as directed by the supervising probation officer.

4.   The Defendant shall submit his person, residence, workplace, vehicle, computer, and/or possessions to a search conducted by a United States Probation Officer based upon evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation, additional criminal charges, and arrest.  The Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

5.   The Defendant will provide the supervising probation officer access to any requested financial information.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
                   Defendant                                                                        Date

              _____     _____
                   U.S. Probation Officer/Designated Witness                           Date

Case 1:05-cr-00100-DLH-CSM   Document 42   Filed 04/17/07   Page 5 of 6

AO 245 S (Rev. 3/95)  Sheet 5, Part B - Criminal Monetary Penalties

| CASE NUMBER: | 1:05-CR-100 | Judgment - Page 5 of 6 |
|---|---|---|
| DEFENDANT: | LONDELL EDWIN WHITE | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.  The special assessment shall be due immediately and payable to the Clerk, U.S. District Court.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 200.00 | $ 0 | $ 0 |
| | ($100 for each of counts 1 & 5) | | |

[ ]  If applicable, restitution amount ordered pursuant to plea agreement .......... $_____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ __.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]  The interest requirement is waived.

[ ]  The interest requirement is modified as follows:

# RESTITUTION

[ ]  The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days.  An amended Judgment in a Criminal Case will be entered after such determination.

[ ]  The court modifies or waives interest on restitution as follows:

[ ]  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee & Address | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| TOTALS: | | $ _____ | $_____ |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245 S (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

| CASE NUMBER: | 1:05-CR-100 | Judgment - Page 6 of 6 |
|---|---|---|
| DEFENDANT: | LONDELL EDWIN WHITE | |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [✔] in full immediately; or

B [ ] $ _ immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than _ ; or

D [ ] in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer, or the United States Attorney.

Case 1:05-cr-00100-DLH-CSM   Document 59   Filed 05/22/17   Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | Case Nos. 1:05-cr-100 |
| Londell Edwin White, | ) | |
| | ) | |
| Defendant. | ) | |

On May 18, 2017, the Court entered an order granting the Defendant's "Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (*Johnson* Claim) and for Expedited Action." See Docket No. 58.

The Defendant's sentence on Count Five (the felon in possession charge) is reduced from 180-months to 120-months imprisonment. The Defendant's sentence of 180-months on Count One (the drug conspiracy charge) remains unchanged. The sentences on Count One and Count Five are to run concurrent.

All other terms of the Defendant's sentence as reflected in the original Judgment dated April 17, 2007, (Docket No. 42) shall remain the same.

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2017.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court

CERTIFIED COPY
I hereby certify that this instrument is a true and
correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By_____
Deputy Clerk

Case 1:05-cr-00100-DLH-CSM  Document 61  Filed 05/13/20  Page 1 of 1

PROB 22
(Rev. 1/2001)

| TRANSFER OF JURISDICTION | Docket Number (Tran. Court)<br>0868 1:05CR00100 |
|---|---|
| | Docket Number (Rec. Court) |

| Name and Address of Probation/Supervised Releasee:<br><br>Londell Edwin White | District: North Dakota | Division: |
|---|---|---|
| | Sentencing Judge: | The Honorable Daniel L. Hovland |
| | Supervision Dates: | From:<br>5/24/2017 | To:<br>5/23/2022 |

| Offense: | Conspiracy to possess with intent to distribute and controlled substance 21 U.S.C. § 841(a)(1), 846<br>Felon in possession of a firearm 18 U.S.C. § 922(g)(1), 924(a)(2) & 924(e)(1) |
|---|---|

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the **District of Colorado** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12-10-19_
_____
Date

_____
*The Honorable Daniel L. Hovland*
*United States District Court Judge*

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_December 18, 2019_
_____
*Effective Date*

_____
*United States District Court Judge*

*CERTIFIED COPY*
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota

By_____
~~Deputy~~ Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 1193
BISMARCK, ND 58502-1193

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2020

JEFFREY P. COLWELL
CLERK

20-CR-133-RM



UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 002.000
0000938502   MAY 13 2020
MAILED FROM ZIP CODE 58501