IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    20-cr-00133-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LONDELL EDWIN WHITE,

       Defendant.

___

## NOTICE OF APPEARANCE
___

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  J.D. Rowell, Assistant United States Attorney
  Email: jd.rowell@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Londell White (Via U.S. Mail)

            s/ Jennifer Beck
            JENNIFER BECK
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Jennifer_Beck@fd.org
            Attorney for Defendant