IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-CR-00133-RM

UNITED STATES OF AMERICA,

       v. Plaintiff,

1.    LONDELL EDWIN WHITE,

       Defendant(s).

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 22nd day of May, 2020.

                                JASON R. DUNN
                                United States Attorney

BY:   *s/ Daniel McIntyre*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: Daniel.McIntyre@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.


:

                  s/Ian McCandless
                  Legal Assistant
                  U.S. Attorney's Office