AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JUN -4 PM 2: 11
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

1. LONDELL EDWIN WHITE

*Defendant*

Case No. 20-cr-00133-RM

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **LONDELL EDWIN WHITE**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Law Violation**
**Possession of a Firearm or Destructive Device**
**Possession and Use of a Controlled Substance**
**Association with a Person Convicted of a Felony**
**Failure to Report Arrest/Questioning by Law Enforcement Officer**

Date:   05/19/2020

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/21/20, and the person was arrested on *(date)* 5/21/20
at *(city and state)* Denver

Date: 5/21/20

_____
*Arresting officer's signature*

DUSM  Jorge
*Printed name and title*