IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   20-cr-00133-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LONDELL EDWIN WHITE,

      Defendant.
_____

UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING
_____

LONDELL WHITE, by and through undersigned counsel, Assistant Federal Public Defender Jennifer Beck, hereby respectfully requests this Court to continue the preliminary hearing in this matter.  In support, he states as follows:

1.  The preliminary hearing in this matter is currently scheduled for Friday, June 19, 2020.  Undersigned counsel has served Commerce City Detective Jolene Krebs with a subpoena to testify at the hearing.

2.  This morning, undersigned counsel was notified by Commerce City Sergeant McCoy that Detective Krebs' mother just passed away suddenly.  She is therefore unavailable to testify at the preliminary hearing on Friday.

3.  Detective Krebs' testimony is essential for Mr. White's defense.  Should the hearing go forward without her testimony, Mr. White will be denied due process, the right to present evidence, and the right to effective assistance of counsel. Fed. R. Crim. P. 32.1(b)1)(B)(ii); U.S. Const. amends. V, VI.

      4.      Defense counsel requests that the hearing be set on or after June 25. The government does not object to a continuance of the preliminary hearing in this matter.

      5.      Undersigned counsel also respectfully requests that the Court order that all witness subpoenas issued by the Court for the Friday, June 19, 2020 preliminary hearing be continued to the new preliminary hearing date so that new subpoenas do not have to be reissued and served.

WHEREFORE, Mr. White respectfully requests a continuance of the preliminary hearing and that all previously-issued subpoenas be continued to the new preliminary hearing date.

      Respectfully submitted,

      VIRGINIA L. GRADY  
      Federal Public Defender

      s/ Jennifer Beck  
      JENNIFER BECK  
      Assistant Federal Public Defender  
      633 17th Street, Suite 1000  
      Denver, CO  80202  
      Telephone:  (303) 294-7002  
      FAX:  (303) 294-1192  
      Jennifer_Beck@fd.org  
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Daniel McIntyre, Assistant United States Attorney
  Email: daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Londell White (Via U.S. Mail)


        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Jennifer_Beck@fd.org
        Attorney for Defendant