AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Londell White | ) | Case No. 20-CR-00133 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 06/26/2020

/s/ Londell White
*Defendant's signature*

/s/ Jennifer Beck
*Signature of defendant's attorney*

Jennifer Beck CO#45508
*Printed name and bar number of defendant's attorney*

Office of the Federal Public Defender
District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202
*Address of defendant's attorney*

jennifer_beck@fd.org
*E-mail address of defendant's attorney*

303-294-7002
*Telephone number of defendant's attorney*

303-294-1192
*FAX number of defendant's attorney*