IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    20-cr-00133-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LONDELL EDWIN WHITE,

       Defendant.
_____

JOINT NOTICE REGARDING
FINAL SUPERVISED RELEASE VIOLATION HEARING
AND REQUEST TO PROCEED VIA VIDEOTELECONFERENCE
_____

       The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through Assistant United States Attorney Daniel McIntyre, and Londell White, through his attorney Assistant Federal Public Defender Jennifer Beck, hereby file this joint statement regarding Mr. White's Final Supervised Release Violation Hearing.

       Mr. White's Final Supervised Release Revocation Hearing is scheduled for Tuesday, September 1, 2020 at 10:30 a.m.  The parties have reached an agreement whereby Mr. White will admit to violations 3-6 of the Petition (Doc. No. 3), the government will dismiss violations 1 and 2.  The parties agree Mr. White's most serious violation is a Grade B violation and his criminal history category is V, and the parties will jointly request a sentence at the top of the estimated resulting advisory guideline range, i.e. 24 months.

Additionally, the parties jointly request to appear by video teleconference (VTC) pursuant to the General Orders of this District and the CARES Act. The parties will not be calling witnesses. Furthermore, counsel for the defendant certifies that Mr. White knowingly consents to proceed with the hearing by video teleconference.

WHEREFORE, the parties jointly submit this notice and request to proceed with the Final Supervised Release Revocation Hearing on September 1, 2020 by VTC.

Respectfully submitted,

| | |
|---|---|
| JASON R. DUNN | VIRGINIA GRADY |
| United States Attorney | Federal Public Defender |
| District of Colorado | |
| | |
| By:   s/ *Daniel McIntyre* | */s Jennifer Beck* |
| DANIEL MCINTYRE | JENNIFER BECK |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 1801 California Street, Suite 1600 | 633 17th Street, Suite 1000 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone 303-454-0100 | Telephone: 303-294-7002 |
| Facsimile 303-454-0402 | FAX: 303-294-1192 |
| Daniel.McIntyre@usdoj.gov | Jennifer_Beck@fd.org |
| Attorney for the Government | Attorney for Defendant |