# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt (VTC)<br>Probation:  Gary Phillips (VTC) | Date:  September 1, 2020<br>Interpreter:  n/a |

**CASE NO.   20-cr-00133-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Daniel McIntyre |
| Plaintiff, | |
| v. | |
| 1.  LONDELL EDWIN WHITE, | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE – Video Teleconference (VTC)**

**COURT IN SESSION:**     10:29 a.m.

Appearances of counsel.   Defendant is in custody and present by VTC.

Discussion held regarding proceeding by VTC.   The defendant states his agreement to proceed by VTC.

Discussion held regarding the history of the case and the defendant's criminal history category and sentencing guidelines.

VTC connection with the defendant is lost.

**Court in recess:     10:55 a.m.**
**Court in session:   10:59 a.m.**

The defendant is again present by VTC.

Further discussion held regarding the defendant criminal history category and sentencing guidelines.

Ms. Beck states that the defendant will admit to alleged violations 3, 4, 5, and 6 contained in the Petition (Doc. 3).

Defendant sworn and questioned by the Court.   Defendant is 54 years old.

Defendant admits to alleged violations 3, 4, 5, and 6 contained in the Petition (Doc. 3).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Government moves to dismiss alleged violations 1 and 2 contained in the Petition (Doc. 3).

**ORDERED:**  The Government's motion to dismiss alleged violations 1 and 2 is GRANTED.

The Court accepts the defendant's admissions.

Argument given on sentencing.

The Court enters findings.

**IT IS ORDERED** as follows:

> The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **12 months, consecutive to any sentence imposed in Adams County case number 2020CR1624;**
>
> Following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **five (5) years as to Count 1 of the original Indictment;**
>
> No further supervised release will be imposed as to Count 5 of the original Indictment;
>
> While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of

>   supervised release as required by this court, and the special conditions of supervised release as stated on the record; and
>
>   The defendant is remanded to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant receive credit for time served in official detention prior to sentencing.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**COURT IN RECESS:**    **12:17 p.m.**
**Total in court time:**    **1:44**
**Hearing concluded**