AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>_Cordell White_<br>Defendant | )<br>)<br>)  Case No. 20-CR-00133<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/24/2021

_Cordell White_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Jennifer Beck #45508
Printed name and bar number of defendant's attorney

633 17th St., Suite 1000, Denver CO 80202
Address of defendant's attorney

jennifer_beck@fd.org
E-mail address of defendant's attorney

303 294 7002
Telephone number of defendant's attorney

FAX number of defendant's attorney