IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   20-cr-00133-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LONDELL EDWIN WHITE,

       Defendant.
_____

**DEFENDANT'S NOTICE REGARDING
ALLEGED VIOLATIONS OF SUPERVISED RELEASE**
_____

Londell White, through his attorney, Assistant Federal Public Defender Jennifer Beck, hereby files this notice regarding alleged violations of supervised release.

**PROCEDURAL BACKGROUND**

In 2006, Mr. White pled guilty to Conspiracy to Possess with the Intent to Distribute and Distribute Controlled Substances and Possession of a Firearm by a Convicted Felon in the District of North Dakota. Doc. No. 1.  In 2007, Mr. White was sentenced to 180 months of imprisonment and 5 years of supervised release. *Id.*  He began his initial term of supervised release on May 24, 2017. Doc. No. 3. Jurisdiction transferred from the District of North Dakota to this district in 2020. Doc. No. 1.

On May 21, 2020, Mr. White was arrested for violating the terms of his supervised release. Doc. Nos. 3, 5, 6.  On September 1, 2020, Mr. White admitted violating his supervised release and this Court sentenced him to 12 months of imprisonment, followed by 5 years of supervised release. Doc. Nos. 44, 45.  Then, on November 5, 2021, the

United States Probation Office filed a Petition for Warrant on Person Under Supervision, alleging that Mr. White violated his supervised release again. Doc. No. 46. Mr. White's Final Supervised Release Revocation Hearing is scheduled for Friday, January 21, 2022 at 3:00 p.m.

Pursuant to this Court's Minute Order, Document Number 57, Mr. White hereby notifies the Court that he intends to admit alleged violations 7, 8, and 9 as contained in the Petition. However, he denies alleged violations 1 through 6.

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender

*/s Jennifer Beck*
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: 303-294-7002
FAX: 303-294-1192
Jennifer_Beck@fd.org
Attorney for Defendant