# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.  __20-cr-00133_____                Date:__1/21/2022_____

Case Title:  ___United States v. Londell White_____

_____ WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| U.S. Probation Officer Erika Privette | 1/21/22, 30 minutes |