CASE CAPTION: __United States v. Londell White_____

CASE NO.: __20-cr-00133_____

EXHIBIT LIST OF: ____United States_____
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Erika Privette | Alere Drug Information Packet | | | | | |
| 2 | Erika Privette | Confirmation results from July 11, 2021 (Violation 1) | | | | | |
| 3 | Erika Privette | Confirmation results from July 15, 2021 (Violation 2) | | | | | |
| 4 | Erika Privette | Confirmation results from September 9, 2021 (Violation 3) | | | | | |
| 5 | Erika Privette | Confirmation results from September 25, 2021 (Violation 4) | | | | | |
| 6 | Erika Privette | Confirmation results from October 4, 2021 (Violation 5) | | | | | |
| 7 | Erika Privette | Confirmation results from October 9, 2021 (Violation 6) | | | | | |