IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Erika Privette | Date:  January 21, 2022<br>Interpreter:  n/a |

**CASE NO.   20-cr-00133-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1.  LONDELL EDWIN WHITE, | Jennifer Beck |
| Defendant. | |

### COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING – Video Teleconference (VTC)**
**COURT IN SESSION:**     3:15 p.m.

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court regarding proceeding by VTC.

Ms. Beck advises that the defendant consents to proceed by VTC.

The Court states findings pursuant to the CARES Act.

The Court has been advised that the defendant will admit to alleged violations 7 through 9 set forth in the Petition (Doc. 46).

As to alleged violations 1 through 6, the Government calls Erika Privette.

| | |
|---|---|
| 3:23 p.m. | Government's witness, Erika Privette, is sworn and examined by Mr. Buchman.<br>Exhibits admitted:   Government's Exhibits 2 through 7. |
| 3:55 p.m. | Cross-examination of Erika Privette by Ms. Beck. |
| 4:01 p.m. | Witness is excused. |

Government rests.   Defendant rests.

The Court states findings, and the defendant is adjudged guilty of violating his supervised release.

Argument given on sentencing.

The Court states findings regarding sentencing.

**ORDERED:**  The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **18 months.**

The Court recommends to the Bureau of Prisons that the defendant receive credit for time served in official detention prior to sentencing.

No term of supervised release is imposed.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**ORDERED:**  The defendant is remanded to the custody of the U.S. Marshals Service.

**COURT IN RECESS:**      4:25 p.m.
**Total in court time:**       1:10
**Hearing concluded**