# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>LONDELL EDWIN WHITE | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release)<br><br>Case Number:   1:20-cr-00133-RM-1<br><br>USM Number:   09262-059<br><br>Jennifer Lynn Beck<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation(s) _____

☒ was found guilty of violation(s) 1-9 of the Petition for Warrant of Offender Under Supervision after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 07/11/2021 |
| 2 | Possession and Use of a Controlled Substance | 07/15/2021 |
| 3 | Possession and Use of a Controlled Substance | 09/09/2021 |
| 4 | Possession and Use of a Controlled Substance | 09/25/2021 |
| 5 | Possession and Use of a Controlled Substance | 10/04/2021 |
| 6 | Possession and Use of a Controlled Substance | 10/09/2021 |
| 7 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 09/08/2021 |
| 8 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 09/29/2021 |
| 9 | Failure to Notify Probation Officer of Change in Residence | 07/11/2021 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.:   0863 | January 21, 2022<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1966 | *(signature)* |
| City and State of Defendant's Residence:<br>Commerce City, Colorado | Signature of Judge |
| | Raymond P. Moore, United States District Judge<br>Name and Title of Judge |
| | January 26, 2022<br>Date |

AO 245D (Rev. CO 11/20)  Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: LONDELL EDWIN WHITE
CASE NUMBER: 1:20-cr-00133-RM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Eighteen (18) months. No Term of Supervised Release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends to the Bureau of Prisons that the defendant receive credit for time served in official detention prior to sentencing.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL